UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC MALCOLM ROBINSON,

        Plaintiff,

   v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.,

        Defendants.

CASE NO. 3:22-cv-05738-DGE-BAT

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 5)

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 5.) The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and ORDER as follows:

1) The Court ADOPTS the R&R.

2) Plaintiff's claims against Defendants Washington Department of Corrections and against the Pierce County Superior Court Agent(s) are DISMISSED with prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 5) - 1

3) Plaintiff's remaining claims in Counts I, II, III, IV, and V of the complaint are DISMISSED without prejudice.

4) Plaintiff is granted leave to file an amended complaint limited to Count VI in which Plaintiff alleges Pierce County Jail staff violated his Eighth Amendment rights by placing him into a dry cell and by infracting him for pushing a call button too frequently.

5) The amended complaint shall be filed no later than three weeks from the date of this order. The failure to file a sufficient amended complaint by that date may result in dismissal of Count VI. If Plaintiff files an amended complaint, the Court shall refer the complaint to Magistrate Judge Tsuchida to review for sufficiency pursuant to 28 U.S.C. § 1915A(a).

6) The Clerk is directed to provide a copy of this Order to Plaintiff.

Dated this 8th day of November, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 5) - 2